**Fill in this information to identify the case:**

Debtor 1 __WALTER JUNIOR WALDON__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__   District of __Georgia__
                                                                              (State)

Case number __16-70183-PWB__

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** __U.S. Bank Trust National Association,__ as Trustee of the Cabana Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 3 3    **Court claim no.** (if known):
                                                                                                                                                    4

**Property address:** __375 Rippling Brook Trace__
                                       Number      Street

_____

__Palmetto, GA 30268__
City                          State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date    $ _____
of this response is:

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
                                                                                                        MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due 08/01/2018 through 08/01/2019 @ $617.60 each  (a)  $ __8,028.80__

b. Total fees, charges, expenses, escrow, and costs outstanding:                                              + (b)  $ _____

                                                        Unapplied Suspense: - $358.42

c. Total. Add lines a and b.                                                                                                       (c)  $ __7,670.38__

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became    08/01/2018
due on:                                                                                MM / DD / YYYY

Debtor 1   **WALTER JUNIOR WALDON**                    Case number (if known)  **16-70183-PWB**
           First Name   Middle Name   Last Name

---

**Part 4:    Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:    Sign Here**

The person completing this response must sign it. The response must be filed as a supplement to the creditor's
proof of claim.

Check the appropriate box::

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct
to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

✗ _(signature)_                                    Date 08.05 , 2019
   Signature

Print  _Raymond      Valderrama_                   Title _AVP, Bankruptcy_
       First Name   Middle Name   Last Name

Company  _BSI Financial Services_

If different from the notice address listed on the proof of claim to which this response applies:

Address  _____
         Number          Street

         _____
         City                    State     ZIP Code

Contact phone (        )    -                      Email _____

---

Form 4100R                      Response to Notice of Final Cure Payment                      page 2





**BSI Financial Services**

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Watson |
| BK Case # | 16-70183 |
| Date Filed | 11/9/2016 |
| First Pmt Affirm | |
| Due Date | 12/1/2016 |
| POC Owner | 12/2011 – 12/2016 |

**Payment Charges**

| Date | P&I | Escrow | Total | Notice Paid |
|---|---|---|---|---|
| 12/1/2016 | $463.74 | $152.78 | $616.52 | POC |
| 12/1/2017 | $463.74 | $153.86 | $617.60 | NPPC |

| Amount Paid | Past Pmt Due Date | Contractual Due Date | Amt Due | Owe/Short | Suspense Credits | Suspense Debit | Suspense Balance | APIO Credit | APIO Debit | APIO Suspense Balance | APIO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NPR paid to BK per Order 02/20/19. Addn'l pmts to be made from 04/17/19 - 12/31/19 ($61.64) $1.67 d/t; Regular monthly pmt to resume 01/2020 | | | | | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 5/14/2018 | | | | | | | $0.00 | | $375.00 | $375.00 | $0.00 | | | $0.00 | | $0.00 |
| 4/11/2018 | $175.00 | 4/1/2018 | | $175.00 | | | $1.40 | $375.00 | | $375.00 | $375.00 | | | $0.00 | | $0.00 |
| 4/18/2018 | $175.00 | 5/1/2018 | | $175.00 | $2.40 | | $3.40 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 5/31/2018 | $175.00 | 5/1/2018 (1st Pmt) | $617.60 | $175.00 | | | $2.40 | $375.00 | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 6/25/2018 | $175.00 | 6/1/2018 (1st Pmt) | | $175.00 | | $0.40 | $2.80 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 7/16/2018 | $638.00 | 6/1/2018 | $617.60 | $638.00 | $0.40 | | $0.00 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 7/24/2018 | $540.97 | 7/1/2018 (1st Stop Pmt) | | $540.97 | $0.40 | | $0.80 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 7/31/2018 | $540.97 | | | $540.97 | | $540.97 | | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 7/31/2018 | $513.56 | 7/1/2018 | | $513.56 | $513.56 | $513.56 | $513.56 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 9/7/2018 | | 8/4/2018 | $617.60 | $617.60 | | | $489.73 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 9/7/2018 | $489.29 | 7/1/2018 | $617.60 | $617.60 | | $617.60 | $129.31 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| 5/6/2019 | $489.29 | | $0.00 | $0.00 | | $129.31 | $0.00 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| Due | | 8/1/2018 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 9/1/2018 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 10/1/2018 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 11/1/2018 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 12/1/2018 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 1/1/2019 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 2/1/2019 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 3/1/2019 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 4/1/2019 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 5/1/2019 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 6/1/2019 | $617.60 | $617.60 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | 7/1/2019 | $0.00 | $0.00 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |
| | | | $0.00 | $0.00 | | | $358.42 | | | $525.00 | $525.00 | | | $0.00 | | $0.00 |

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Mary Ida Townson, Esq.
Chapter 13 Trustee
Via Electronic Notice

E. L. Clark, Esq.
Attorney for Debtor
Via Electronic Notice

Walter Junior Waldon
375 Rippling Brook Trace
Palmetto, GA 30268

This 5th day of August, 2019.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com